

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIKE MORATH, COMMISSIONER OF EDUCATION, in his Official Capacity, and TEXAS EDUCATION AGENCY, | § § § | No. 08-20-00152-CV |
| | | Appeal from the |
| Appellants, | § | |
| | | 353rd District Court |
| v. | | |
| | § | of Travis County, Texas |
| TEXAS AMERICAN FEDERATION OF TEACHERS and TEXAS STATE TEACHERS ASSOCIATION, | § | (TC# D-1-GN-18-005044) |
| Appellees. | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment invalidating 19 TEX.ADMIN.CODE § 97.1075(d)(10) (referred to as the "Consultation Rule" in our opinion) and 19 TEX.ADMIN.CODE § 97.1075(d)(6) (the "Local Policy Rule"). We therefore reverse that part of the judgment of the court below and reinstate these rules.

We further order that the judgment of the court below that invalidated § 97.1079(f), in accordance with the opinion of this Court, is affirmed.

We further order that Appellant recover from Appellee and its sureties, if any, for performance of the judgment and one-third (1/3) of its costs, both in this Court and the court below, for which let execution issue. *See* TEX R APP P. 43.5. This decision shall be certified below for

observance.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.